IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

TODD BALES
ADC #651462                                                                                                       PLAINTIFF

v.                                         No. 1:14-cv-111-DPM

JOHN FERGUSON, Jail Administration,
Independence County Jail; T. McGLAUGHLIN,
Guard, Independence County Jail; JEFFRY
TATE, Officer, Independence County Jail;
SKYLA JEFFERIES, Clerk, Independence County
Jail; and STEVE JEFFRIES, Sheriff, Independence
County Sheriff Department                                                                           DEFENDANTS

## JUDGMENT

Bales's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

4 March 2015